Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
8730 Wilshire Blvd
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
ERIC F. MOSSMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ERIC F. MOSSMAN, | Case No.: |
|---|---|
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | **Demand for Jury Trial** |
| JAMES B. COLLINS, | |
| Defendant. | |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff Eric F. Mossman by and through his undersigned counsel, brings this Complaint against Defendant James B. Collins ("Collins") for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff Eric F. Mossman ("Mossman") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Mossman's original copyrighted works of authorship.

1

2.     Mossman created copyrighted architectural designs for the following residences constructed at: 7100 W. Oceanfront, Newport Beach, CA 92663, 1217 E. Balboa Blvd., Newport Beach, CA 92663, and 6502 W. Oceanfront, Newport Beach, CA 92663.

3.     Mossman alleges that Collins built homes at 427 Edgewater Place, Newport Beach, CA 92663, 1550 E. Oceanfront, Newport Beach, CA 92663, and 7104 W. Oceanfront, Newport Beach, CA 92663 using his works without his permission or authorization.

## JURISDICTION AND VENUE

4.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

5.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

6.     Collins is subject to personal jurisdiction in California.

7.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## PARTIES

8.     Plaintiff, Eric Mossman, is a duly licensed architect in the State of California, with a primary place of business at 2025 W. Balboa Blvd. Suite B, Newport Beach, CA 92663.

9.     Mossman has 45 years of experience in the architecture and engineering field, with over 500 projects completed, both in residential and commercial design, with a primary focus on custom residential homes. Mossman's residential designs showcase a return to the timeless traditional lines of architecture, with each design being individually hand-drawn to fully compliments its site and surroundings, to create homes with spectacular panoramic vistas.

10. Defendant James B. Collins is an individual and resident of Orange County, California.

## THE COPYRIGHTED WORKS AT ISSUE

11. In 2002, Mossman was contracted by Collins to create an architectural design for a residence to be constructed on the plot of land located at 7100 W. Oceanfront, Newport Beach, CA 92663 that was owned by Collins.

12. Mossman created a unique architectural design for a single-family multi-story residence which was constructed at 7100 W. Oceanfront, Newport Beach, CA 92663 in or around March 2002 ("7100 W. Oceanfront"). See images of the 7100 W. Oceanfront Design attached hereto as Exhibit 1.

13. Mossman registered the 7100 W. Oceanfront with the Register of Copyrights on April 12, 2017 and was assigned the registration number VA 2-037-403. The Certificate of Registration is attached hereto as Exhibit 2.

14. In 1997, Mossman was contracted by Morgan Brigandi ("Brigandi") to create an architectural design for a residence to be constructed on the plot of land located at 1217 E. Balboa Blvd., Newport Beach, CA 92663 that was owned by Brigandi.

15. Mossman created a unique architectural design for a single-family multi-story residence which was constructed at 1217 E. Balboa Blvd., Newport Beach, CA 92661 in or around October 1997 ("1217 E. Balboa"). See images of the 1217 E. Balboa Design attached hereto as Exhibit 3.

16. Mossman registered the 1217 E. Balboa with the Register of Copyrights on January 19, 2016 and was assigned the registration number VA 2-022-165. The Certificate of Registration is attached hereto as Exhibit 4.

17. In 2002, Mossman was contracted by Barbara & Gene Krauss (collectively "Krauss") to create an architectural design for a residence to be constructed on the plot of land located at 6502 W. Oceanfront, Newport Beach, CA 92663 that was owned by Krauss.

18. Mossman created a unique architectural design for a single-family multi-story residence which was constructed at 6502 W. Oceanfront, Newport Beach, CA 92663 in or around December 2002 ("6502 W. Oceanfront"). See images of the 6502 W. Oceanfront Design attached hereto as Exhibit 5.

19. Mossman registered the 6502 W. Oceanfront with the Register of Copyrights on April 12, 2017 and was assigned the registration number VA 2-037-397. The Certificate of Registration is attached hereto as Exhibit 6.

20. 7100 W. Oceanfront, 1217 E. Balboa and 6502 W. Oceanfront are refereed to collectively as the Works.

21. Mossman maintained all rights, title and ownership in the Works, including the copyrights thereto.

22. At all relevant times Mossman was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

23. Collins has never been licensed to distribute, copy or otherwise use the Works at issue in this action for any purpose.

24. On a date after the Work at issue in this action was created, but prior to the filing of this action, Collins, copied and induced others to copy the Work without Mossman's permission or authorization.

## 427 EDGEWATER PLACE INFRINGEMENT

25. Collins created an architectural design and constructed a residence at 427 Edgewater Place, Newport Beach, CA 92663 ("427 Edgewater"), that is substantially similar to 7100 W. Oceanfront. Images of the properties are attached hereto as Exhibit 7.

26. On or about February 23, 2018, Mossman obtained plans to 427 Edgewater from the City of Newport Beach. A true and correct copy of the plans are attached hereto as Exhibit 8.

27. The plans confirm what the pictures show. Collins copied Mossman's 7100 W. Oceanfront in his infringing 427 Edgewater residence.

### 1550 E. OCEANFRONT INFRINGEMENT

28. Collins created an architectural design and constructed a residence at 1550 E. Oceanfront, Newport Beach, CA 92663 ("1550 E. Oceanfront"), that is substantially similar to 1217 E. Balboa, Newport Beach, CA 92663. Images of the properties are attached hereto as Exhibit 9.

29. On or about February 23, 2018, Mossman obtained plans to 1550 E. Oceanfront from the City of Newport Beach. A true and correct copy of the plans are attached hereto as Exhibit 10.

30. The plans confirm what the pictures show. Collins copied Mossman's 1217 E. Balboa in his infringing 1550 E. Oceanfront residence.

### 7104 W. OCEANFRONT INFRINGEMENT

31. Collins created an architectural design and constructed a residence at 7104 W. Oceanfront, Newport Beach, CA 92663, that is substantially similar to 6502 W. Oceanfront. Images of the properties are attached hereto as Exhibit 11.

32. On or about October 16, 2020, Mossman obtained plans to 7104 W. Oceanfront from the California Coastal Commission. A true and correct copy of the plans are attached hereto as Exhibit 12.

33. The plans confirm what the pictures show. Collins copied Mossman's 6502 W. Oceanfront in his infringing 7104 W. Oceanfront residence.

34. Mossman's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

35. Mossman never gave Collins permission or authority to copy, distribute or otherwise use the Works at issue in this case.

36. Mossman notified Collins of the allegations set forth herein on February 26, 2018. To date, the parties have been unable to resolve their dispute.

## COUNT I

## COPYRIGHT INFRINGEMENT AGAINST ALL DEFENDANT

37. Plaintiff incorporates the allegations of paragraphs 1 through 36 of this Complaint as if fully set forth herein.

38. Mossman owns a valid copyright in the Work at issue in this case.

39. Mossman registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

40. Defendant copied and distributed the Work at issue in this case and made derivatives of the Work without Mossman's authorization in violation of 17 U.S.C. § 501.

41. Defendant performed the acts alleged in the course and scope of their respective business activities.

42. Collins' acts were willful with full knowledge of Mossman's ownership and rights in the Work.

43. Mossman has been damaged.

44. The harm caused to Mossman has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Jim Collins that:

a. Defendant and his officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement.

c. Plaintiff be awarded his costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

/ / /

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED:  February 19, 2021        */s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Eric F. Mossman